IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


JESSICA L. WOODY                                                    PLAINTIFF


         v.                                CIVIL NO.:10-2088


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT


**O R D E R**

On this 27th day of January 2012, the court has before it for consideration plaintiff's

request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b).  For reasons set forth in the

report and recommendation filed by the Honorable James R. Marschewski, United States

Magistrate Judge for the Western District of Arkansas, on December 7, 2011, the court finds that

the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's

attorney fees in the amount of $4,794.50.

         IT IS SO ORDERED.


                                        /s/ Robert T. Dawson
                                        HONORABLE ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE


**AO72A**
**(Rev. 8/82)**