IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESSICA L. WOODY                                                                        PLAINTIFF

v.                                    CIVIL NO.:10-2088

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

### **O R D E R**

On this 27th day of January 2012, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on December 7, 2011, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $4,794.50.

IT IS SO ORDERED.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)